**Exhibit 'C'**

# Affidavit of Indigency

I Jacques Gautier do hereby swear that I am and have been throughout all of the State Court proceedings. I am incarcerated and without any resources of funds. I have no Bank Accounts or Assets, I own no property or automobiles

date; ______________

______________________________

Jacques Gautier
P.O. Box 8249
Cranston, Rhode Island
02920