AO 240 (Rev. 10/03) Give this to the clerk

# UNITED STATES DISTRICT COURT

Rhode Island District of Providence

state of rhode Island

Plaintiff

V.

Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: 06-99S

I, Jacques O GAUTIER declare that I am the (check appropriate box)

☒ ~~petitioner/plaintiff/movant~~ ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒ Yes ☐ No (If "No," go to Part 2)

   If "Yes," state the place of your incarceration Intake Service center cranston RI 02920

   Are you employed at the institution? NO Do you receive any payment from the institution? NO

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed? ☐ Yes ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment ☐ Yes ☒ No
   b. Rent payments, interest or dividends ☐ Yes ☒ No
   c. Pensions, annuities or life insurance payments ☐ Yes ☒ No
   d. Disability or workers compensation payments ☒ Yes ☐ No
   e. Gifts or inheritances ☒ Yes ☐ No
   f. Any other sources ☐ Yes ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive. I HAVE been geting gifts from my faimly / ~~and~~ SSI

# Affidavit of Indigency

I Jacques Gautier do hereby swear that I am and have been throughout all of the 98 to 06 State Court proceedings. I am incarcerated and without any resources of funds. I have no Bank Accounts or Assets, BONDS, stocks, any other thing of value. I own no property or automobiles

CASE# 06-99S

date; 3-19-06

Jacques O Gautier
Po Box 8249
CRAnston Rhode Island
02920