UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JACQUES GAUTIER ca. no. 06-99-S

v.

STATE OF RHODE ISLAND ET,AL.

APPEAL OF THE MAGISTRATE"S ORDER TO
DISTRICT COURT JUDGE, WILLIAM E. SMITH.

On or about March 14th, 2006, Magistrate Judge Lincoln D. Almond issued a Memorandum and Order denying this Petitioner's Motion To appoint counsel. In/re to this Petitioner's matters, on or about April 12, 2005. the State of Rhode Island Supreme Court handed down a decision overuling what Rhode Island referrs to as the CHASE DOCTRINE, see State v. Chase, 588 A2d 121-122. and for all practical purposes in effect, overuled the DOCTRINE OF COLLATERAL ESTOPPEL.

This Petitioner asserts that the Rhode Island Supreme Court's Decision is contrary to and an unreasonable application of the United States Supreme Court decisions such as, **Ash v. Swenson, 397 U.S. 436, 443, 96 S.Ct. 1189, 1194, 25 LEd 2d 469(1970) and United States v. Oppenheimer, 242 U.S. 85, 37 S.Ct. 68, 61 LEd 161 (1916).** and as such raises a complex Federal Question affecting the Fifth and Fourteenth U.S.C.A. Amendment rights of thousands of Rhode Island and United States Citizens and defendants.

This Petitioner has no formal knowledge or education in the law and does not have the time or opporatunity to learn enough in time to properly and fully present all his issues to the court. It would be fundamentally unfair and violative of due process toforce this uneducated layman to take on the entire Rhode Island Office of the Attorney General with its unlimitted powers and resources, especially when the rights of thousands of Rhode Island and United States citizens and defendants **are at risk.**

Wherefore, Petitioner moves this Honorable Court to reconsider Magisrate Judge Lincoln D. Almond's decision and appoint counsel. In/re to this Rhode Island Capitol offense pursuant to, § 3006 section 2 subpart (B) and section 3 subpart (A) and or (B).

In the event the Honorable Judge William E. Smith does not appoint counsel please consider this a notice of appeal to that denial to the United States Court of Appeals for the First Circuit in Boston and please forward the Record on Appeal..

Note: this was not written by me, Someone helped me. I know very little about collateral estoppel and nothing about Res-Judicata.

Dated March 20th, 2005.

Respectfully
Submitted,

Jacques Gauthier

case, 06-99S

# Certificate of Service

I Jacques Gautier, the Petitioner in this action, does here by certify that I did cause a true copy of this Appeal of Magistrates order to be sent to both; the Attorney's Generals Office at 150 South Main St in Providence Rhode Island, zip code 02903 Via the U.S. Postal Service and to Mr Director Atwall at the A.C.I. Administration Building Via Interdepartmental Mail here at the ACI

date: 3-20-06

Jacques Gautier