UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JACQUES GAUTIER :
:
v. : C.A. No. 06-99S
:
STATE OF RHODE ISLAND, et al. :

**MEMORANDUM AND ORDER**

In this matter, the Plaintiff, Jacques Gautier ("Gautier") filed his "Pro Se Initial Petition for a Writ of Habeas Corpus and Motion for Appointment of Counsel" on March 3, 2006. (Document No. 1). The matter of Plaintiff's *in forma pauperis* status has been referred to me for determination. 28 U.S.C. § 636(b)(1)(A); LR CV 72(a).

On March 14, 2006, this Court ordered Gautier to file additional documentation concerning his inmate account by **April 14, 2006** or risk having his Application denied and this matter dismissed. On March 22, 2006, Gautier chose to pay the applicable filing fee pursuant to 28 U.S.C § 1914(a). Nevertheless, on March 23, 2006, Plaintiff filed an Application to Proceed without Prepayment of Fees (Document No. 5). The Application does not contain the requested documentation concerning Plaintiff's inmate account. However, because he has paid the filing fee, Plaintiff's Application (Document No. 5) is DENIED without prejudice as moot.

So ordered.

PER ORDER:

Deputy Clerk

ENTER:

Lincoln D. Almond
United States Magistrate Judge
March 28, 2006