UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JACQUES GAUTIER

vs. CA 06-99S

THE STATE OF RHODE ISLAND
and the Director of the
Adult Correctional Institution,
A.T. WALL

**ORDER**

The Attorney General is hereby ordered to file its response to the plaintiff's "Petition Under 28 U.S.C. §2254 for Writ of Habeas Corpus by a person in State Custody." Said response will be filed on or before **April 19, 2006.**

By Order,

Deputy Clerk

ENTER:

William E. Smith
U.S. District Judge

Date: 3/30/06