UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JACQUES GAUTIER,
Petitioner

V. C.A. No. 06-99S

STATE OF RHODE ISLAND,
ET AL.,
Respondents

ORDER

Before this Court is an appeal from Petitioner, Jacques Gautier, to United States Magistrate Judge Lincoln D. Almond's Memorandum signed on March 14, 2006, denying Gautier's petition for appointment of counsel without prejudice. After reviewing the Memorandum and Order and the objection, this Court finds that nothing in the Memorandum and Order is clearly erroneous or contrary to law. See Fed. R. Civ. P. 72(a). Accordingly, Gautier's appeal is DENIED.

ORDER:

By: ______________________
Deputy Clerk

ENTER:

______________________
William E. Smith
U.S. District Judge

Date: 4/10/06