UNITED STATES DISTRICT COURT FOR THE ____ DISTRICT OF RHODE ISLAND.

JACQUES GAUTIER, Plaintiff

v.

No. 06-99-S

STATE OF RHODE ISLAND et al., Defendant

**Notice of Appeal**

Notice is hereby given that [here name all parties taking the appeal, (plaintiffs) (defendants) in the above named case,* ] hereby appeals to the United States Court of Appeals for the FIRST Circuit (from the final judgment) (from an order (describing it)) entered in this action on the TENTH day of APRIL, 20 06.

JACQUES GAUTIER

Jacques Gautier
4-13-06

I. S.C. B-103-BOTTOM
(Address)
PO BOX 8249
CRANSTON RI. 02920

# Certificate of Service

I Jacques Gautier have sent a true copy of this Notice of Appeal to Attorney Generals office at 150 South main st Prov RI 02903 Via US Postal Service and to Mr. Wall at the A.C.I Administration Building Via Interdepartmenal Mail here at the ACI

date 4-13-06

Jacques Gautier