UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

JACQUES GAUTIER

V. C.A. NO. 06-99-S

STATE OF RHODE ISLAND, et al.

MOTION TO ENLARGE TIME

Now come the PETITIONER JACQUES GAUTIER and here by moves this COURT for an extesion of time in which to respond to DEFENDANTS

REPLY BRIEF TO AND INCLUDING

APRIL 19 --- MAY 19--- 2006

PETITIONER is PRO/SE and HANDICAPPED BY HIS INCANRCERATION and moves this HONORABLE COURT PURSUANT TO RULE 6 wherefore PETITIONER MOVES THIS HONORABLE COURT for THIS AND ANYOTHER SUCH AND FURTHER RELIEF DEEMED MEET AND JUST UNDER THE PREVAILING CIRCUMSTDHCES

DATE; 4-19-06

JACQUES GAUTIER

# Certification of Service

I Jacques Gautier have sent a copy of this motion to the Attorney General's office at 150 South main St PROV RI 02903 and to Atwall Via Interdepartmental mail at the A.C.I.

date, 4-19-06

Jacques Gautier