April 24 - 2006

To: Clerks Office
119 Federal Building
Kennedy Plaza
Providence R.I. 02903.

Ca; 06-99S

From: Jacques Gautier
P.O. Box 8249
Cranston R.I. 02920

R.E. Dockit Sheet / Cancel Motion filed.

Dear Clerks Office;

I filed a motion to enlarge time on 4-19-06. in responce to the States Brief, but I filed a notice of appeal on 4-13-06. Therefore I am requesting the motion to enlarge time be withdrawn due to a cross in the mail. Also I am requesting

my Dockit Sheet period of 3-3-06 to present. Also in my appeal of Magistrates order I asked Judge William E. Smith that if my appeal was denied if he could consider this my notice of appeal to the First Circuit and forward my record on appeal, but in his denial it was not stated if he did or did not do this. So I filed a proper notice anyway. I am wondering what became of this situation.

Sincerely

Jacques Gautier