Copy

RECEIVED
MAY 04 2006
Property of U.S. District Court
District of Rhode Island

April 24 · 2006

To: Clerks Office
119 Federal Building
Kennedy Plaza
Providence R.I. 02903.

Ca; 06-99S

From: Jacques Gautier
P.O. Box 8249
Cranston R.I. 02920

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐ ______
William E. Smith, U.S. District Judge
Date: 5/3/06

R.E. Dockit Sheet | Cancel Motion filed.

Dear Clerks Office:

I filed a motion to Enlarge time on 4-19-06. in responce to the States Brief, but I filed a notice of appeal on 4-13-06. Therefore I am requesting the <u>motion to enlarge time be withdrawn</u> due to a cross in the mail. Also I am requesting

5/4/06: PETITIONER'S MOTION TO ENLARGE IS WITHDRAWN AT HIS REQUEST. AS TO HIS INQUIRY, THE DOCKET REFLECTS THAT PETITIONER'S NOTICE OF APPEAL FILED 4/21/06 WAS TRANSMITTED TO THE COURT OF APPEALS ON 4/25/06.

[signature]
USMJ