# United States Court of Appeals
## For the First Circuit

No. 06-1719

JACQUES GAUTIER

Petitioner - Appellant

v.

STATE OF RHODE ISLAND; A.T. WALL, Director of the Adult Correctional Institution

Respondents - Appellees

**ORDER OF COURT**
**Pursuant to 1st Cir. R. 27(d)**
**Entered: May 12, 2006**

Treating appellant's financial affidavit, with attached prison trust account statement, as a motion to proceed on appeal in forma pauperis ("IFP"), we transmit said request to the district court for action in the first instance pursuant to Fed. R. App. P. 24(a)(1). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If appellant is not granted IFP status by the district court, he may file a motion to proceed IFP in this court, provided that he do so in accordance with Fed. R. App. P. 24(a)(5).

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: [signature] Date: 5/12/06

By the Court:
Richard Cushing Donovan, Clerk

By: JULIE GREGG
Julie Gregg, Operations Manager

[Certified copies: Hon. William E. Smith and David DiMarzio, USDC Clerk ]

[cc: Jacques Gautier and Aaron L. Weisman, AAG ]