# UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

No. 06-1719
Appeal court

District court case
No. 06-995

JACQUES GAUTIER

Petitioner - Appellant

v.

STATE OF RHODE ISLAND; A.T. WALL, Director of the Adult Correctional Institution

[redacted]

**MOTION TO PROCEED IN FORMA PAUPERIS**

Now comes the [redacted], Jacques Gautier, in the above entitled matter and declares that:

1.) I am currently incarcerated at the Adult Correctional Institution in Cranston, Rhode Island and have no means to pay the cost of filing this action.

2.) I have no assets ( or assets of only $ ⊗ ) and no income ( or income of only $ ⊗ per month at my A.C.I. job).

3.) Because of my poverty, I am unable to give security, or to employ an attorney.

4.) I believe I am entitled to redress in this action.

Under penalty of perjury, I declare that the above statements are true and correct.

Respectfully submitted,

[signature]

Jacques Gautier Pro Se
P.O. Box 8249
Cranston, RI 02920

CERTIFICATION

I, the undersigned, hereby swear and certify that I have mailed a true and correct copy of the foregoing Motion to the Attorney General's Office, 150 South Main Street, Providence, RI, 02903, on the 8 day of May 2006
Allso sent one to AT Wall at the ACI

[signature]

[redacted] Pro Se
Jacques Gautier

in forma pauperis2

Rev. 4/06

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

NO. 06-1719
US First Circuit of
Boston, MA

Jacques Gautier
Plaintiff

v.

State of Rhode Island, et al
~~Defendant~~

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: 06-995
District Court

I, Jacques Gautier, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant ☐ other________

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒ Yes ☐ No (If "No," go to Part 2) PO Box 8249

   If "Yes," state the place of your incarceration. ACI Craston RI 02920

   Are you employed at the institution? ☐ Yes ☒ No

   Do you receive any payment from the institution? ☐ Yes ☒ No

   If the answer is "Yes,", attach a certified ledger sheet from the institution(s) of your incarceration showing at least the past (6) six months' transactions.

2. Are you currently employed? ☐ Yes ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. X

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer. Also, please explain how you have been supporting yourself. X

3. In the past (12) twelve months have you received any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
| b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
| c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
| d. | Disability or workers compensation payments | ☒ Yes | ☐ No |
| e. | Gifts or inheritances | ☒ Yes | ☐ No |
| f. | Any other persons or sources | ☒ Yes | ☐ No |

If the answer to any of the above is "Yes," describe each source of money and state the amount received and what you expect you will continue to receive. I have my Family that Give's me Gifts/Disability Not no more

4. List anyone who helps support you or shares support in any way and describe the type and amount of such support for the last twelve months. If no one, write "NO ONE."

5. Do you have any cash or checking or savings accounts? ☐ Yes ☒ No

If "Yes," state the total amount. ______

6. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☐ Yes ☒ No

If "Yes," describe the property and state its value. ______

7. Have you transferred any assets within the last 12 months prior to filing the application? ☐ Yes ☒ No

If "Yes," describe the asset and state its value. ______

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you actually contribute to their support. Please list minor children by initials only.

I declare under penalty of perjury that the above information is true and correct.

May 8, 2006
Date

Signature of Applicant Jacques Gauthier

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

FOR COURT PURPOSES ONLY:

☐ APPROVED ☐ DENIED

U.S. MAGISTRATE JUDGE

DATE