Rhode Island Department of Corrections

Inmate Account History

RECEIVED
APR 3 2006
Property of U.S. District Court
District of Rhode Island

this To

ID#: 108741

Name: GAUTIER, JACQUES O

Date of birth: [redacted]

Location: ISC - B - 102T

| Balances as of 3/23/2006: | | | |
|---|---|---|---|
| Available | - Debt | + Encumbered | = Account Balance |
| 41.82 | 0.00 | 0.00 | 41.82 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/22/2003 | CASH A TELLER | MINERVA GAUTIER | 170.00 | 170.46 | 0.00 | 0.00 |
| 5/23/2003 | <TRAPS> | TRAPS | -2.44 | 168.02 | -2.44 | 0.00 |
| 5/23/2003 | TRAPS | TRAPS | 2.44 | 168.02 | 0.00 | 0.00 |
| 5/27/2003 | EPR | OID:100180394-ComisaryPurch-Reg | -50.83 | 117.19 | 0.00 | 0.00 |
| 5/28/2003 | EPR | OID:100181431-ComisaryPurch-Reg | -5.52 | 111.67 | 0.00 | 0.00 |
| 6/2/2003 | ERF | OID:100181431-ComisaryRefund-Reg | 2.84 | 114.51 | 0.00 | 0.00 |
| 6/3/2003 | EPR | OID:100182965-ComisaryPurch-Reg | -43.64 | 70.87 | 0.00 | 0.00 |
| 6/4/2003 | EPR | OID:100183787-ComisaryPurch-Reg | -6.80 | 64.07 | 0.00 | 0.00 |
| 6/10/2003 | EPR | OID:100185893-ComisaryPurch-Reg | -30.38 | 33.69 | 0.00 | 0.00 |
| 6/11/2003 | EPR | OID:100186320-ComisaryPurch-Reg | -3.88 | 29.81 | 0.00 | 0.00 |
| 6/17/2003 | EPR | OID:100187198-ComisaryPurch-Reg | -26.96 | 2.85 | 0.00 | 0.00 |
| 7/15/2003 | EPR | OID:100196320-ComisaryPurch-Reg | -2.26 | 0.59 | 0.00 | 0.00 |
| 7/22/2003 | EPR | OID:100199203-ComisaryPurch-Reg | -0.56 | 0.03 | 0.00 | 0.00 |
| 7/30/2003 | CASH B TELLER | OLIVERIA GAUTIER | 50.00 | 50.03 | 0.00 | 0.00 |
| 8/4/2003 | CASH B TELLER | MINERVA GAUTHIER | 25.00 | 75.03 | 0.00 | 0.00 |
| 8/5/2003 | EPR | OID:100203224-ComisaryPurch-Reg | -64.87 | 10.16 | 0.00 | 0.00 |
| 8/12/2003 | EPR | OID:100206660-ComisaryPurch-Reg | -2.87 | 7.29 | 0.00 | 0.00 |
| 8/13/2003 | EPR | OID:100207201-ComisaryPurch-Reg | -2.68 | 4.61 | 0.00 | 0.00 |
| 8/18/2003 | ERF | OID:100207201-ComisaryRefund-Reg | 2.68 | 7.29 | 0.00 | 0.00 |
| 8/26/2003 | EPR | OID:100210080-ComisaryPurch-Reg | -7.12 | 0.17 | 0.00 | 0.00 |
| 9/27/2005 | CASH A GE | COMMIT | 35.37 | 35.54 | 0.00 | 0.00 |
| 9/28/2005 | CASH A TELLER | BRANDY JIMENEZ | 100.00 | 135.54 | 0.00 | 0.00 |
| 9/28/2005 | CASH B TELLER | MINERVA GAUTIER | 30.00 | 165.54 | 0.00 | 0.00 |
| 10/3/2005 | CASH B TELLER | MIVERUA GAUTIER | 100.00 | 265.54 | 0.00 | 0.00 |
| 10/4/2005 | EPR | OID:100469311-ComisaryPurch-Reg | -63.32 | 202.22 | 0.00 | 0.00 |
| 10/5/2005 | EPR | OID:100471144-ComisaryPurch-Reg | -87.74 | 114.48 | 0.00 | 0.00 |
| 10/10/2005 | ERF | OID:100469311-ComisaryRefund-Reg | 2.46 | 116.94 | 0.00 | 0.00 |
| 10/10/2005 | ERF | OID:100471144-ComisaryRefund-Reg | 12.99 | 129.93 | 0.00 | 0.00 |
| 10/11/2005 | EPR | OID:100472725-ComisaryPurch-Reg | -53.01 | 76.92 | 0.00 | 0.00 |
| 10/18/2005 | EPR | OID:100473840-ComisaryPurch-Reg | -48.70 | 28.22 | 0.00 | 0.00 |
| 10/26/2005 | CASH A TELLER | MINERVA GAUTIER | 200.00 | 228.22 | 0.00 | 0.00 |
| 11/1/2005 | EPR | OID:100479054-ComisaryPurch-Reg | -51.37 | 176.85 | 0.00 | 0.00 |
| 11/2/2005 | EPR | OID:100480868-ComisaryPurch-Reg | -141.09 | 35.76 | 0.00 | 0.00 |

Due to computer posting the 'Balances as of3/23/2006' may not reflect all trransactions posted for this period. Carefully review the information on this statement. If you question or dispute any item you must submit a request form to the inmate accounts office within 30 days.

District No. 06 995

Circuit No 06 1719



25920P01-00002 rev 20041014

Rhode Island Department of Corrections

Inmate Account History

#: 108741

me: GAUTIER, JACQUES O

te of bir[redacted]

cation: ISC - B - 102T

| Balances as of 3/23/2006: | | | |
|---|---|---|---|
| Available | - Debt | + Encumbered | = Account Balance |
| 41.82 | 0.00 | 0.00 | 41.82 |

| | | | | | | |
|---|---|---|---|---|---|---|
| /8/2005 | EPR | OID:100481304-ComisaryPurch-Reg | -26.02 | 9.74 | 0.00 | 0.00 |
| /9/2005 | EPR | OID:100483225-ComisaryPurch-Reg | -4.04 | 5.70 | 0.00 | 0.00 |
| /13/2005 | ERF | OID:100483225-ComisaryRefund-Reg | 2.40 | 8.10 | 0.00 | 0.00 |
| /15/2005 | EPR | OID:100483846-ComisaryPurch-Reg | -7.96 | 0.14 | 0.00 | 0.00 |
| 1/17/2005 | CASH B TELLER | MINERVA GAUTIER | 100.00 | 100.14 | 0.00 | 0.00 |
| 1/20/2005 | EPR | OID:100487394-ComisaryPurch-Reg | -64.87 | 35.27 | 0.00 | 0.00 |
| 1/23/2005 | ERF | OID:100487394-ComisaryRefund-Reg | 64.87 | 100.14 | 0.00 | 0.00 |
| 1/23/2005 | CASH A TELLER | T GAUTIER | 30.00 | 130.14 | 0.00 | 0.00 |
| 1/29/2005 | EPR | OID:100488768-ComisaryPurch-Reg | -18.14 | 112.00 | 0.00 | 0.00 |
| 1/30/2005 | EPR | OID:100490767-ComisaryPurch-Reg | -48.90 | 63.10 | 0.00 | 0.00 |
| 2/6/2005 | EPR | OID:100491330-ComisaryPurch-Reg | -23.94 | 39.16 | 0.00 | 0.00 |
| 2/13/2005 | EPR | OID:100493615-ComisaryPurch-Reg | -6.42 | 32.74 | 0.00 | 0.00 |
| 2/14/2005 | EPR | OID:100495612-ComisaryPurch-Reg | -10.04 | 22.70 | 0.00 | 0.00 |
| 2/20/2005 | CASH A GE | TERRY GAUTIER | 30.00 | 52.70 | 0.00 | 0.00 |
| 2/21/2005 | CASH B TELLER | MINERVA GAUTIER | 150.00 | 202.70 | 0.00 | 0.00 |
| 2/26/2005 | EPR | OID:100498329-ComisaryPurch-Reg | -57.94 | 144.76 | 0.00 | 0.00 |
| 2/31/2005 | ERF | OID:100498329-ComisaryRefund-Reg | 8.45 | 153.21 | 0.00 | 0.00 |
| 1/3/2006 | EPR | OID:100501360-ComisaryPurch-Reg | -56.17 | 97.04 | 0.00 | 0.00 |
| 1/5/2006 | CASH B TELLER | MINERVA GAUTIER | 100.00 | 197.04 | 0.00 | 0.00 |
| 1/8/2006 | ERF | OID:100501360-ComisaryRefund-Reg | 0.16 | 197.20 | 0.00 | 0.00 |
| 1/10/2006 | EPR | OID:100503559-ComisaryPurch-Reg | -64.60 | 132.60 | 0.00 | 0.00 |
| 1/15/2006 | ERF | OID:100503559-ComisaryRefund-Reg | 0.75 | 133.35 | 0.00 | 0.00 |
| 1/24/2006 | EPR | OID:100508231-ComisaryPurch-Reg | -56.94 | 76.41 | 0.00 | 0.00 |
| 1/31/2006 | EPR | OID:100510605-ComisaryPurch-Reg | -35.71 | 40.70 | 0.00 | 0.00 |
| 2/5/2006 | ERF | OID:100510605-ComisaryRefund-Reg | 11.78 | 52.48 | 0.00 | 0.00 |
| 2/6/2006 | <LEGAL COPY> | I.S.C. LEGAL COPIES JANUARY | -1.75 | 50.73 | -1.75 | 0.00 |
| 2/6/2006 | LEGAL COPY | I.S.C. LEGAL COPIES JANUARY | 1.75 | 50.73 | 0.00 | 0.00 |
| 2/7/2006 | EPR | OID:100513416-ComisaryPurch-Reg | -44.45 | 6.28 | 0.00 | 0.00 |
| 2/14/2006 | EPR | OID:100515481-ComisaryPurch-Reg | -5.19 | 1.09 | 0.00 | 0.00 |
| 2/21/2006 | EPR | OID:100517653-ComisaryPurch-Reg | -1.07 | 0:02 | 0.00 | 0.00 |
| 3/16/2006 | <LEGAL COPY> | BERNAD. LAW LIB. COPIES | -0.02 | 0.00 | -0.02 | 0.00 |
| 3/16/2006 | LEGAL COPY | BERNAD. LAW LIB. COPIES | 2.00 | 0.00 | 1.98 | 0.00 |
| 3/17/2006 | <LEGAL COPY> | Payment for LEGAL COPY on 2006-03-16-10. | -1.98 | -1.98 | 0.00 | 0.00 |

District NO 06995

Circuit No 061719

Due to computer posting the 'Balances as of 3/23/2006' may not reflect all trransactions posted for this period. Carefully review the information on this statement. If you question or dispute any item you must submit a request form to the inmate accounts office within 30 days.