UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Jacques Gautier | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | C.A. No. 06-99S |
| | ) | APPEALS # 06-1719 |
| State of Rhode Island and<br>A. T. Wall Directors of Prisons, et al. | ) | |
| | ) | |
| *Defendants.* | ) | |

MOTIN FOR LEAVE TO PROCEED inFORMA PUCPERIS

NOW COMES THE PETITIONER JACQUES GAUTIER IN THE ABOVE ENTITLED MATTER AND HEREBY MOVES THIS HONORBLE COURT FOR AN ORDER DECLARING HIM INDIGENT AND ALLOWING HIM TO PROCEED inFFORMA PUCPER IN THIS MATTER.

IN SUPPORT THERE OF JACQUES GAUTIER STATES:

HE HAS BEEN INCARCERATED NOW FOR MORE THEN 8mouths HE HAS PRE-VIOUSLY BEEN FOUND INDIGENT AND HAS RECEIVED THE SERVICES OF-THE RHODE ISLAND PUBLIC DEFENDERS OFFICE HE PRESENTLY INEACERATE SERVING A LIFE SENTENCE AT THE ADULT CORRECTIONAL INSTITUTION IN RHODE ISLAND IN THE ABOVE INTITLED MATTER HE HAS PREVIOUSLY BEEN FOUND INDIGENT IN BOTH THE SUPERIOR AND SUPREME COURT OF RHODE ISLAND AND WOULD ASK THAT THIS COURT WOULD TAKE JUDICIAL NOTICE OF THAT FACT THE PETITIONER ASKS THAT THIS MOTION BE GRANTED.

date- May 19, 2006

[signature]
JACQUES GAUTIER

# Affidavit of Indigency

I Jacques Gautier do hereby swear that I am and have been throughout all of the State Court proceedings. I am incarcerated and without any resources of funds. I have no Bank Accounts or Assets, I own no property or automobiles

date; May 19, 2006

J — G A

Jacques Gautier
P.O. Box 8249
Cranston, Rhode Island
02920

Rev. 4/06

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

Jacques Gautier
Plaintiff

v.

State of Rhode Island et al.
Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: 06 99 S

I, Jacques Gautier, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒ Yes ☐ No (If "No," go to Part 2)

   If "Yes," state the place of your incarceration. Craston RI A.C.I. Po Box 8249 02920

   Are you employed at the institution? ☐ Yes ☒ No

   Do you receive any payment from the institution? ☐ Yes ☒ No

   If the answer is "Yes,", attach a certified ledger sheet from the institution(s) of your incarceration showing at least the past (6) six months' transactions.

2. Are you currently employed? ☐ Yes ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer. Also, please explain how you have been supporting yourself.

3. In the past (12) twelve months have you received any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
| b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
| c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
| d. | Disability or workers compensation payments | ☒ Yes | ☐ No |
| e. | Gifts or inheritances | ☒ Yes | ☐ No |
| f. | Any other persons or sources | ☒ Yes | ☐ No |

If the answer to any of the above is "Yes," describe each source of money and state the amount received and what you expect you will continue to receive. I have Been geting gift's from my Family

4. List anyone who helps support you or shares support in any way and describe the type and amount of such support for the last twelve months. If no one, write "NO ONE."

5. Do you have any cash or checking or savings accounts? ☐ Yes ☒ No

If "Yes," state the total amount. ______

6. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☐ Yes ☒ No

If "Yes," describe the property and state its value. ______

7. Have you transferred any assets within the last 12 months prior to filing the application? ☐ Yes ☒ No

If "Yes," describe the asset and state its value. ______

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you actually contribute to their support. Please list minor children by initials only. ______

I declare under penalty of perjury that the above information is true and correct.

May 19, 2006
Date

Jacques Gomtve
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

FOR COURT PURPOSES ONLY:

☐ APPROVED ☐ DENIED

U.S. MAGISTRATE JUDGE

DATE