CA 06-99
J. Smith

# MANDATE

# United States Court of Appeals
## For the First Circuit

---

No. 06-1719

JACQUES GAUTIER,

Petitioner, Appellant,

v.

STATE OF RHODE ISLAND
and A.T. WALL,

Respondents, Appellees.

---

Before

Selya, Lynch, and Howard, Circuit Judges.

---

JUDGMENT

Entered: May 30, 2006

Appellant's motion for appointment of counsel is denied and this appeal is summarily dismissed because an order denying appointment of counsel is not immediately appealable. Appleby v. Meachum, 696 F.2d 145, 146 (1st Cir. 1983). Appellant must wait until his habeas petition is adjudicated before appealing.

Dismissed.

Certified and Issued as Mandate under Fed. R. App. R 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: JUL 19 2006

By the Court:

Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
Chief Deputy Clerk.

[cc: Messrs: Gautier and Weisman]