UNITED STATES DISTRICT COURT
FOR THE STATE OF RHODE ISLAND

Jacques Gautier Plaintiff )
)
V. )
)
STATE of Rhode Island etal, Defendant )

United States District Court

Case # : 06-99-S

This court ordered the Attourney General's office to respond to MR. Gautier's writ of HaBeas Corpus. The Attourney's name was AAron weisman. In Mr. AAron weisman's Brief was as he showed this court & MR. Gautier, An unauthorized brief by mr. Gautier & Attouneys. Mr. Gautier objects to this response an unauthorized Brief. I call on this Honorable Court to request for the record all certified By the Clerks office RI Supreme Court briefs regaurding Both sides. And this court to Judiciary action in this matter as to AAron weisman's questionable filed Brief with this court that is noT a certified copy. This is still the question for MR. Gautier and this honorable Court to have on record all true certified copy's By the RI Supreme Court. This is for further procedure of this record. I'd like to thank this Honorable Court in advance.

date: 8-1-06

Jacques Gautier

CC: filed

# Certification of Service

I have sent a true copy of this matter to the Attorney General's Office at 150 South main st PRov, RI 02903 also to At wall at the Administration office of the ACI Via Interdepartmental mail

date: 8-1-06

Jacques Gautier