UNITED STATES DISTRICT COURT
FOR THE STATE OF RHODE ISLAND

| | | |
|---|---|---|
| Jacques Gautier Plaintiff | ) | United States District Court |
| V. | ) | Case #: 06-99-S |
| State of Rhode Island et al Defendant | ) | |

I Jacques Gautier have been on appeal with the United States First Circut Court of appeals. and had this above entitled matter on hold. again with the United States District Court of Rhode Island and now would like to proceed forward and re-activate the above entitled matter.

date: 8-1-06

Jacques Gautier

cc: filed

# Certification of Service

I have Sent a true copy of this matter to the Attorney General's Office at 150 South main st PRov, RI 02903 also to At Wall at the Adminisration Office of the ACI Via Interdepartmental mail

date: 8-1-06

Jacques Gautier