UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

CA. 06-99-S

JACQUES GAUTIER et al.

V.

A.T.WALL, DIRECTOR OF PRISONS AND

THE STATE OF RHODE ISLAND, et al.

APPEAL OF MAGISTRATE DECISION
TO JUDGE WILLIAM E SMITH

MOTION FOR CLASS ACTION PURSUANT TO RULE 23

subparts (a) (b 3) et al.

The petitioner's filing of a writ of Habeas Corpus has raised a Federal Question;

"can the State of Rhode Island Supreme Court or any other State Supreme Court hand down a decision that in effect and for all practical purposes revisits and reverses the long established Doctrines of Collateral Estoppel and Res-Judicata, that protects a litigant's Double-Jeopardy Rights by simply claiming, **"the doctrines RUNS contrary to certain overwhelming policy considerations that are central to their crimainal justice system.**

see Jacques Gautier 2004-165 appeal Page 18 lines 18 and 19.

This decision and question which is at the core of the instant Petition effects the rights of virtually every litigant in the state of Rhode Island and opens the door to duplicitous civil and criminal actions.

Petition asserts that this decision is contarary to and an unreasonable application of the doctrines of collarterial estoppel, res judicata,the Fifth U.S. Const. Amendment and the volumihous decision handed down throughout the centuries in / re this subject matter.

Wherefore petitioner moves this Honorable Court to appoint counsel to represent the class action parties and certify the instant petition as a class action.

AGAIN THIS PETITIONER_

In the event this class action is denied please consider this a notice of appeal pursuant to rule 23, sec.(f) and a request for a stay in the proceedings.

This petitioner has no knowledge of, or formal education in the law and does not have the time or opportunities to learn enough in time to properly and fully put these issues before the court. It would be fundamentlly unfair and violative of due process to force an uneducated layman to take on the entire Rhode Island Attorney Generals Office with their unlimited powers and resources, In order to vindicate the 5th and 14th Amendment rights of thousands of Rhode Islanders and U.S. citizens.

NOTE: This was not written by me. Someone helped me. I know very little about collateral estoppel and nothing about res judicata.

Dated: 10-10-06

Respectfully Submitted

Jacques Gautier

CERTIFICATE OF SERVICE

Ihereby certify that a copy of this has been mail TO:

ATTORNEY GENERALS OFFICE
150 SOUTH MAIN STREET
PROV RI 02903

AT WALL AT THE ACI
Dept of Correction