UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**JACQUES GAUTIER**

**VS.** **C.A. NO. 06-099S**

**STATE OF RHODE ISLAND and
A.T. WALL, Director of the Rhode
Island Department of Corrections**

# JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment shall enter for the respondents, A.T. Wall, Director of the Rhode Island Department of Corrections and the State of Rhode Island, against the petitioner, Jacques Gautier, per the Order dated November 14, 2006 accepting the Report and Recommendation of Magistrate Judge Lincoln D. Almond dated October 23, 2006 pursuant to Title 28 U.S.C. § 636(b)(1). The defendant's Motion to Dismiss is hereby GRANTED and the Petition is dismissed with prejudice.**

Enter:

Barbara Barletta

Deputy Clerk

DATED: November 16, 2006