# UNITED STATES DISTRICT COURT
# FOR THE STATE OF RHODE ISLAND

Jacques Gautier Plaintiff )
)
V. )
)
State of RI etal, Defendant )

United States District Court

Case # : 06 99 S

I'm requesting that the enclosed objection to Magistrate judges Report and Recommendation be accepted as if it were mailed on the date I first turned it over to prison officials for mailing This is out of time for reasons beyond my control see attached. The enclosed package was turned over to prison officials for mailing on Nov 1, 2006 I kept bothering the dinning room officer because I had not recived my reciept back yet, the officer told me to see the counselar. I told the counseler, I sent out mail certified, to the court and did not recive a copy of my reciept and on Nov 10 2006 she said she would look into it I also called the federal Defenedr's office whom told me she would call the court clerks office and to call her back I called her back the next day and she said that the clerks office did not have it So she left a message for Judge Smith's Secretary to call her back So on Nov 14, 2006 at 11 Am I talked to the Deputy warden and the counselor about this they told me they are looking

into it at 12PM one hour later I recived it back in my cell So as you can See the prison offecials never mailed it and it was in the mail room all this time 14 day's without me Knowing any thing until I started asking Question's So I request the Court accept this as though it were mailed in time Thank you in advance for your time and consideration

date Nov 15, 2006

Jacques Gautier

I sent a copy to Atwall and AG office

# Adult Correctional Institutions
## Inmate Account Transfer

# 108741 DATE Nov 1, 2006

Gautier Jacques
LAST FIRST MIDDLE

MY ACCOUNT FOR THE FOLLOWING EXPENSE Certified mail To: US District Court

POSTAGE AMOUNT

LETTER / LETTERS ______

CARD / CARDS ______

CERTIFIED MAIL ______

OTHER ______

TOTAL $ ______

IV ☐ WORK RELEASE

RENT FOR WEEK AMOUNT

OF ___ TO ___ $ ______

EXPENSE PAYMENT FOR WEEK

OF ___ TO ___ $ ______

TOTAL $ ______

DRAW CHECK / CASH FOR $ ______

V. ☐ PAYMENT OF FINE

NAME ______

ADDRESS ______

CITY OR TOWN ______

RELATIONSHIP ______

TO ______ COURT

FOR AMOUNT $ ______

PERSON ON VISITING LIST ☐ YES ☒ NO VERIFIED ______
ASSOCIATE DIRECTOR

REASONS FOR TRANSFERRING MONIES Certified mail

APPROVED

APPROVED ☐ DENIED Capt. Ashton
ASSOCIATE DIRECTOR DATE

CLOSING OF INMATE ACCOUNT ☐ OTHER $ ______

I HAVE RECEIVED THE FOLLOWING AMOUNT ______

$ ______ FROM THE ADULT COR- ______

RECTIONAL INSTITUTIONS BUSINESS OFFICE. ______

INMATES SIGNATURE ______ RECEIVED ABOVE PAYMENT ______

OFFICE COPY - WHITE INMATE COPY - CANARY

---

## U.S. Postal Service
## CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

7099 3400 0009 7311 4773

7099 3400 0009 7311 4773

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Article Sent To:

Name (Please Print Clearly) (to be completed by mailer)

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, July 1999 See Reverse for Instructions

---

IS SECTION

3. Also complete
ery is desired.
ress on the reverse
card to you.
ack of the mailpiece,
ermits.

S District Court
d
al Building
F
02903

COMPL

A. Sign
X

B. Rec

D. Is de
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

7099-3400-0009-7311-4773

2004 Domestic Return Receipt 102595-02-M-1540

Case # 0699S

# MAXIMUM SECURITY COUNSELOR RESPONSE SLIP

To: Jacques Cartier ID # 108741

Location: H2 - 04

Date: 11/10/06

You did not have money in your account when you tried to send the certified letter. The person at Inmate Accounts confirmed that you were not charged for it - this is why you did not get a receipt. You could try to send another letter when you get money or just send it regular mail. Sorry.

—Dale

Case # 06995

HII 04

# Rhode Island Department of Corrections

## Central Mail Facility

## **Memo**

**Subject:** Certified Mail 1st Notice

### Per RIDOC Policy 24.01-4

**The Department of Corrections does not pay for Certified or any other specific mailing categories for indigent inmates.**

This is your first notice. You do not have **any money** in your account to pay for this. Please do not send any more certified mail again unless you have money in your account to pay for it.

**Your account is in the negative**

Rec/Back 11-14/06
Jacques Gautier HOP 2
Cell 4

Case # 06 99 S