**UNITED STATES DISTRICT COURT**
**FOR THE STATE OF RHODE ISLAND**

| | | |
|---|---|---|
| Sacques Gautier Plaintiff | ) | United States District Court |
| | ) | |
| V. | ) | Case #: 06995 |
| | ) | |
| State of RI etal, Defendant | ) | |

Motion to reconsider.

I, Jacques Gautier, am requesting That Judge william e, smith reconsider his Dismissial order dated, 11-14-06 mailed 11-15-06 of my Case do to my objection to magistrates report and recommendation, crossing paths in the mail. For reasons out of my control. I have sent all reasons on 11-15-06 to Judge William E Smith Secretary / Court. There fore I Ask that this Honorable Court To grant reconsideration

Jacques Gautier

I Certify I have sent a true Copy to; Adult Corrections Director, AT wall and Attorney Generals office On 17 day of NOV 2006