**UNITED STATES DISTRICT COURT**
**FOR THE STATE OF RHODE ISLAND**

| | | |
|---|---|---|
| Sacques Gautier, Plaintiff | ) | United States District Court |
| | ) | |
| V. | ) | Case #: 06995 |
| | ) | |
| State of RI etal, Defendant | ) | |

# Motion to reconsider.

I, Jacques Gautier, am requesting That Judge william e, smith reconsider his Dismissial order dated, 11-14-06 Mailed 11-15-06 of my Case do to my objection to magistrates report and recommendation, Crossing paths in the Mail. For reasons out of my Control. I have sent All reasons on 11-15-06 to Judge William E Smith Secretary / Court. There fore I Ask that this Honorable Court To grant reconsideration

Jacques Gautier

Denied
WESmith
USDJ
12/26/06

I Certify I have sent a true Copy to; Adult Corrections Director, AT wall And Attorney Generals office On 17 day of NOV 2006