# UNITED STATES DISTRICT COURT
# FOR THE STATE OF RHODE ISLAND

JACQUES GAUTIER
Plaintiff )
)
V. )
)
STATE OF RHODE ISLAND Defendant )
AT ~~WALL~~

United States District Court

Case # : 06 99S

## NOTICE OF APPEAL

**NOTICE** IS HEREBY GIVEN THAT [HERE NAME ALL PARTIES TAKING THE APPEAL,(PLAINTIFFS)(DEFENDANTS) IN THE ABOVE NAME CASE,] HEREBY APPEALS TO THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT(FROM THE FINAL JUDGMENT)(FROM AN ORDER DESCRIBING IT)ENTERD IN THIS ACTION ON THE_ 12/26/06 & 11/14/06

1/3/07

JACQUES GAUTIER

PO BOX 8273
CRANSTON RI
02920

JACQUES GAUTIER

I have sent atrue copy
to AG's office of RI