# UNITED STATES DISTRICT COURT
# FOR THE STATE OF RHODE ISLAND

| | | |
|---|---|---|
| Plaintiff ) | | United States District Court |
| JACQUES GAUTIER ) | | |
| V. ) | | Case # : 0699S |
| STATE OF RHODE ISLANDet al ) | | |
| ________________, Defendant ) | | |

MOTION TO PROCEED inFOMA PUCPERIS

NOW COMES THE APPELLANT JACQUES GAUTIER IN THE ABOVE ENTITLED MATTER AND HEREBY MOVES THIS COURT FOR AN ORDER DECLARING HIM INDIGENTAND ALLOWING HIM TO PROCEED in FOMA PUCPERIS IN THIS MATTER I also was Found IndiGentand By this court On 5/31/06

date 1/3/07

JACQUES GAUTIER

I have sent a true copy to the AG's Office