UNITED STATES DISTRICT COURT
FOR THE STATE OF RHODE ISLAND

| | |
|---|---|
| Plaintiff ) JACQUES GAUTIER ) V. ) STATE OF RHODE ISLANDet al ) ________________, Defendant ) | United States District Court Case # : 0699S |

Application For Certificate of appealability

Now comes the Petioner, Jacques Gautier, in prose, and moves this Court pursueant to 28 USC § 2253, Fed. R. app. P. 22(b) and Local Rules of the First Cercuit Rule 22.1 for an Order granting, him a certificate of appealability "COA" to appeal the denial with prejeedice of his habeas corpus petition. In support of this application, Petioner states the following:

I. Introduction and Standard of Review:

On November 14, 2006, this Court entered a final order denying with préjudice, Petitioners petition for writ of habeas Corpus Under 28 USC § 2254 Petitioner desieres to appeal this Order and files his notice of appeal "Ordinarely" a COA may issue only if the applicant has made a substantial Showing of the deinal of a constitutional right: 28 USC § 2253(c)(2). While the proedural issues in question are not Constitutional, this Court has power to consider such preliminary

Procedural ruling's where they are predicates to consideration of a constitutional issue. "Gaskin V Duval's" 183 F3d 8,9 n.1 (1st cir. 1999) Doubts about Whether to issue a COA should be resolved in Favor of the appellant

II Issues Worthey of appellate Review

1.) I will like to use the mail Box Rule: Rule (5)(b) NoBle Vs Kelly, 246 F3d 93 (2nd Cir. 2001) Fed. R. App.P.4(C) Houston Vs Lack 487 US 266, 101 LEd 2d 245, 108 S ct 2379 (1988) I handed it to prison officals on Nov 1, 2006 it is out of my control. my Account had money's in Encumbered Account 20.73 (See attach account sheet #A1)

2.) They helled it for 14 Day not tell me anything DOC hand Book say's all mail will Be process in 24 HR

3.) It look's like It was processed if you look At my money's Transfer Slip it was stamp Approved But not sent and helled 14 Day and Give Back to me (see attach Transfer Slip #B2)

4.) In Inactive account for legal filing's:
I will like to use this also
Keenan Vs Vose 634 A2d 866 (1993)
R.I.G.L. 42-56-22(b)

5.) also they the DOC Credit my account for Law Library and Legal copy's This was Legal mail to U.S. District Court (see attach #A1 acount sheet)

6.) I ask the U.S. District Court of RHode Island to forward to the first Circuit court of appeal's my File/Letter to Judge William E Smith and all records that obtin to my OBjection to Magistrate's report & recommendation

date: 1/3/07

Jacques Gartier

I have sent a true copy of this to RI AG's Office in Prov RI

Jacques Gartier