UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Jacques Gautier
Plaintiff

v. CA: 06-99S

State of Rhode Island, et al
Defendant

**ORDER**

The Plaintiff's Application for Certificate of Appealability is hereby Denied.

BY ORDER:

Karen Baldwin

DEPUTY CLERK

ENTER:

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 1/12/07