# UNITED STATES DISTRICT COURT
# FOR THE STATE OF RHODE ISLAND

JACQUES GAUTIER
Plaintiff )
)
V. )
)
STATE OF RHODE ISLAND Defendant )
AT WALL ~~___~~,

United States District Court

Case # : 06 99S

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN THAT [HERE NAME ALL PARTIES TAKING THE APPEAL,(PLAINTIFFS)(DEFENDANTS) IN THE ABOVE NAME CASE,] HEREBY APPEALS TO THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT(FROM THE FINAL JUDGMENT)(FROM AN ORDER DESCRIBING IT)ENTERD IN THIS ACTION ON THE 1-12-07 & 12-26-06 & 11-14-06
January 12, 2007

[signature] 1-19-07
JACQUES GAUTIER

JACQUES GAUTIER

PO BOX 8273
CRANSTON RI
02920

I have sent all copy's to RI AG

[signature]