# UNITED STATES DISTRICT COURT
# FOR THE STATE OF RHODE ISLAND

| | | |
|---|---|---|
| Plaintiff<br>JACQUES GAUTIER<br>V.<br>STATE OF RHODE ISLANDet al<br>_______________, Defendant | )<br>)<br>)<br>)<br>) | United States District Court<br><br>Case # : 0699S |

MOTION TO PROCEED inFOMA PUCPERIS

NOW COMES THE APPELLANT JACQUES GAUTIER IN THE ABOVE ENTITLED MATTER AND HEREBY MOVES THIS COURT FOR AN ORDER DECLARING HIM INDIGENTAND ALLOWING HIM TO PROCEED in FOMA PUCPERIS IN THIS MATTER JACQUES GAUTIERSTATES THAT:

HE HAS BEEN INCARCERATED AND HAS BEENFOUND INDIGENT IN THE RHODE ISLAND SUPREME,SUPERIOR COURS AND WOULD ASK THIS COURT TAKE JUDICIAL NOTICE OF THAT FACT THE APPELLANT ASKS THAT THIS MOTION BE GRANTED. I Was Found By this Court on 5-31-06 To Be InDigent.

date 1-19-07

JACQUES GAUTIER

I have sent all copy's to RI AG