UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JACQUES GAUTIER :
:
v. : C.A. No. 06-99S
:
STATE OF RHODE ISLAND, et al. :

**MEMORANDUM AND ORDER**

In this matter, Plaintiff, Jacques Gautier ("Gautier") seeks to appeal this Court's denial of his Motion for Reconsideration, (Document No. 32) as well as the Judgment entered against him in this matter, (Document No. 29). Gautier filed separate Notices of Appeal (Document Nos. 33 and 39) in this Court, and seeks leave to proceed *in forma pauperis* ("IFP") in the First Circuit Court of Appeals. (Document Nos. 34 and 40). Gautier's request has been referred to me for determination. 28 U.S.C. § 636(b)(1)(A); LR Cv 72(a).

Gautier was granted IFP status by this Court on May 31, 2006. (Document No. 21). Gautier remains incarcerated with no change in his indigent status. Accordingly, pursuant to First Circuit Local R. 24(a)(3), his requests to proceed IFP are GRANTED. (Document Nos. 34 and 40).

So ordered.

PER ORDER:

/s/ Jeannine Noel
Deputy Clerk

ENTER:

/s/ Lincoln D. Almond
Lincoln D. Almond
United States Magistrate Judge
January 31, 2007